AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
06/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
06/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

Christian Andres GARCIA,

Defendant

Case No.  8:25-mj-00480-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 9, 2025 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Thomas Gingell
Complainant's signature

Thomas Gingell, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/10/2025

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Brian Yang

**AFFIDAVIT**

I, Thomas Gingell, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint for Christian Andres GARCIA ("GARCIA") for violating Title 18, United States Code § 111(a) (Assault on a Federal Officer), a misdemeanor.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

## II. **TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS GINGELL**

3. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), assigned to HSI Orange County, California. Between February 2024 and August 2024, I attended the Criminal Investigators Training Program and the Homeland Security Investigations Special Agent Training located at the Federal Law Enforcement Training Center

in Glynco, Georgia. I have participated in and/or received training in numerous investigations of criminal activity, including, but not limited to, the investigation of crime involving drug trafficking, bulk cash smuggling, transnational criminal organizations, human trafficking, and child exploitation. During investigation of these matters, I have participated in the execution of search and arrest warrants. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 111, and I am authorized by law to request an arrest warrant.

### III. STATEMENT OF PROBABLE CAUSE

4. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. Protest at HSI Office in Santa Ana, California**

5. At approximately 1252 hours, on Monday June 09, 2025, a group of individuals began to gather in front of the office complex located at 34 Civic Center Plaza, Santa Ana, CA 92701. The complex is a clearly marked federal building housing multiple federal agencies including HSI and Immigration and Customs Enforcement ("ICE") Enforcement Removal Operations ("ERO"), and the group of individuals appeared to be gathering to protest federal immigration enforcement operations that took place over the weekend of June 06, 2025. HSI agents (including myself) and officers from The Federal Protective Service (FPS) and ERO Special Response Team (SRT) were mobilized to protect

the premises and prevent violent agitators from entering the office complex.

6. The size of the group continued to increase, and eventually some of the individuals turned violent. The individuals first attempted to block a transportation van utilized by ICE ERO from leaving the premises, standing in front of the van and hitting and kicking at the van. At approximately 1400 hours, the individuals began throwing projectiles at the officers and agents stationed outside of the building. These projectiles included but were not limited to bricks, rocks, water bottles, eggs, firecrackers, paint, and cans containing unknown liquids. Subsequently, the officers and agents deployed non-lethal pepper ball projectiles and tear gas in order to disperse the crowd and prevent the violent agitators from injuring the officers and agents.

### B. GARCIA Assaults Federal Agents and Officers

7. According to multiple law enforcement sources and my own observations, a male wearing a yellow sweatshirt and a white/gold/red mask, later identified as GARCIA, was observed yelling at law enforcement, using profanity and threatening language towards law enforcement, and attempting to agitate the crowd. At approximately 1700 hours, I observed GARCIA throw an object with considerable force at a law enforcement vehicle that was attempting to gain access to the premises. Additionally, at approximately 1800 hours, I observed GARCIA throwing an object from the street towards myself and other agents and officers stationed outside the premises.

8. According to an ICE SRT agent, at approximately 1800 hours, GARCIA was observed throwing an object from the street area towards a line of officers and agents stationed outside the premises. While GARCIA was observed throwing an object, other objects including rocks and water bottles were being thrown from the crowd striking the agents and officers' shields that were being used for protection.

9. At approximately 1900 hours, several officers and agents, including myself, observed GARCIA in a parking lot associated with the office complex located across the street and an arrest team was formed consisting of ICE SRT and HSI agents to apprehend GARCIA.

10. Upon initial contact, GARCIA did not comply with the agents' commands and attempted to flee and push the agents off of him. Subsequently, utilizing their training and experience, the agents took GARCIA to the ground and placed him in handcuffs. The agents then brought GARCIA inside the premises for processing.

11. On June 09, 2025, an HSI agent sent me a video that was posted from Instagram account "ocactive_". I accessed this Instagram account via public means and viewed the video. The video appears to show GARCIA, wearing a yellow sweatshirt and a white/gold/red mask throwing an unidentified object with considerable force at a law enforcement vehicle. GARCIA is observed running towards the vehicle, throwing the object at the vehicle, and then running away towards the rest of the crowd. GARCIA is then observed picking up a water bottle on the ground

and running towards the direction of the law enforcement vehicle out of the view of the camera.

12. I accessed another video, posted on the same Instagram account "ocactive_", that appears to show GARCIA throwing the same object at the law enforcement vehicle, but from a different angle. GARCIA is observed running towards the law enforcement vehicle and throwing the object and then moving out of the view of the camera.

## IV. CONCLUSION

13. For all the reasons described above, there is probable cause to believe that Christian Andres GARCIA committed a violation of Title 18, United States Code, § 111(a) (Assault on a Federal Officer), a misdemeanor.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __10__ day of June
2025.


_____/s/ Autumn D. Spaeth_____
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE