UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **8:25-cr-00120-SVW**  Date: **7/7/2025**

Present: The Honorable: **Autumn D. Spaeth, United States Magistrate Judge**

Interpreter _____  Language _____

| Kristee Hopkins | CS 07/07/2025 | Rosalind Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  DFPD

Christian Andres Garcia                                      M. Bo Griffith

**Proceedings: Arraignment of Defendant and/or**    ✓ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant is arraigned and states true name is the name on the Class A Information.
* Defendant is given copy of the Class A Information..
* Defendant acknowledges having read the Class A Information and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Class A Information and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Class A Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that this matter is set for Jury Trial on 8/26/2025 at 9:00 AM.
* Government counsel provides trial estimate of 2-3 days.
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    ✓ PSASA        Initial Appearance/Appointment of Counsel: _____ : _____
    USMLA    USMED    USMSA                                      Arraignment: _____ : 03
    Statistics Clerk          Interpreter
    CJA Supervising Attorney  Fiscal         Initials of Deputy Clerk: kh