UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 8:25-cr-00120-SVW | Date: | November 10, 2025 |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter N/A

| Daniel Tamayo | C/S 11-10-2025 | Stephanie Orrick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christian Andres Garcia | √ | | √ | M. Bo Griffith DFPD | √ | √ | |

**Proceedings:** **STATUS CONFERENCE** (Held and Completed)

Court and counsel confer regarding the status of the case, including trial.

Counsel informs the Court of their intention to file a Stipulation to Continue Trial.

Government counsel shall prepare and submit a “Speedy Trial” stipulation and order addressing excludable time.

Upon stipulation of counsel and approval by the Court, the trial in the above matter is continued to Tuesday, January 20, 2026, at 9:00 am**.** The Pretrial Conference is set for Monday, January 12, 2026, at 11:00 am.

IT IS SO ORDERED.

CC: PSA

: 5

Initials of Deputy Clerk DTA