TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
BENJAMIN D. LICHTMAN (Cal. Bar No. 241135)
Assistant United States Attorney
    United States Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 927012
    Telephone:  (714) 338-3530
    Facsimile:  (714) 338-3561
    E-mail:     benjamin.lichtman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-CR-00120-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| CHRISTIAN ANDRES GARCIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Benjamin D. Lichtman, hereby moves pursuant to Rule 48(a) of the

//

//

Federal Rules of Criminal Procedure to dismiss the information in this case without prejudice, and to vacate the pretrial conference and jury trial dates currently set for January 12, 2025 and January 25, 2025, respectively.  On January 5, 2026, the government was informed by defense counsel that the defense does not object to this motion.

Dated: January 5, 2026

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


        /s/
BENJAMIN D. LICHTMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA